**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     James Gregory Akery v. The State of Texas

Appellate case number:   01-19-00616-CR

Trial court case number:  1609839

Trial court:                    185th District Court of Harris County

       This appeal was abated on April 28, 2020 for the trial court to hold a hearing regarding the court reporter's failure to file a reporter's record. On April 29, 2020 appellant filed a motion for voluntary dismissal of this appeal. Accordingly, we lift the abatement ordered by this Court and reinstate the appeal on the Court's active docket.

       It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                                  Acting individually


Date:   ___May 5, 2020_____